UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CROWDER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. MOORE, Warden,<br><br>　　　　Respondent. | NO. SA CV 05-1245-GW(E)<br><br><br>JUDGMENT |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　DATED: December 21, 2010.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE